### INTEX RECREATION CORP., Plaintiff–Appellee

v.

### TEAM WORLDWIDE CORPORATION, Defendant–Appellant.

### No. 2014–1450.

United States Court of Appeals, Federal Circuit.

Feb. 5, 2015.

R. Trevor Carter, Faegre Baker Daniels LLP, Indianapolis, IN, argued for plaintiff-appellee. Also represented by Andrew M. McCoy; Troy Edwin Grabow, Edward Naidich, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC.

Kurt Louis Glitzenstein, Fish & Richardson P.C., Boston, MA, argued for defendant-appellant. Also represented by Andrew Kopsidas, Washington, DC; John A. Dragseth, Minneapolis, MN.

MOORE, TARANTO, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**